UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-81294-CV-COHN/SELTZER

MARSEILLES CAPITAL, LLC,
a Florida corporation,

    Plaintiff,

v.

GEROVA FINANCIAL GROUP, LTD.,
a Cayman Islands corporation,

    Defendant.

_____/

## ANSWER TO WRIT OF GARNISHMENT

Garnishee, BREVET CAPITAL MANAGEMENT, LLC ("Garnishee"), by its undersigned attorney, answers the Writ of Garnishment issued on June 28, 2011, and states:

1. At the time of this Answer and at the time of the service of the Writ of Garnishment, and at all times between those periods, Garnishee was not indebted to defendant, GEROVA FINANCIAL GROUP, LTD. ("Debtor"), for any sum of money.

2. At the time of this Answer and at the time of the service of the Writ of Garnishment, and at all times between those periods, Garnishee has had no other goods, money, chattels, effects, or other tangible or intangible property of Debtor in its possession or control.

3. Garnishee otherwise denies possessing any garnishable property of Debtor.

4. Garnishee knows of no person who may be indebted to or who has possession or control of any tangible or intangible personal property of Debtor.

5. Garnishee has retained the undersigned attorneys to represent its interest in this matter and is obligated to pay them reasonable attorneys' fees for their services herein.

QB\13953046.1

WHEREFORE, Garnishee, BREVET CAPITAL MANAGEMENT, LLC, hereby requests that this Honorable Court direct the clerk to disburse the $100 to Garnishee deposited pursuant to § 77.28, *Florida Statutes*, to enter judgment for all additional costs and attorneys' fees incurred by Garnishee against the party liable, for the dissolution of the writ of garnishment, and for all such other and further relief this Honorable Court deems just and proper.

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day, on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

QUARLES & BRADY LLP

By: s/Benjamin B. Brown
Andrew G. Tretter
Florida Bar No. 160326
Benjamin B. Brown
Florida Bar No. 13290
Attorneys for Garnishee,
   Brevet Capital Management, LLC
1395 Panther Lane, Suite 300
Naples, FL 34109
(239) 262-5959 - Telephone
(239) 434-4999 - Facsimile
Email:   andrew.tretter@quarles.com
            benjamin.brown@quarles.com

QB\13953046.1

## SERVICE LIST

Daniel S. Rosenbaum, Esq.
Laurel R. Wiley, Esq.
Rosenbaum Mollengarden Janssen & Siracusa, PLLC
One Clearlake Centre
250 Australian Avenue South, Suite 500
West Palm Beach, Florida 33401
(561) 653-2900 Telephone
(561) 820-2542 Facsimile
drosenbaum@rmjslaw.com
lwiley@rmjslaw.com

Jeffrey S. Sirmons, Esq.
Johnson & Haynes, P.A.
510 Vonderburg Dr., Suite 305
Brandon, Florida 33511
(813) 654-7272 Telephone
(813) 662-7444 Facsimile
jsirmons@johnsonhaynes.com

Clark W. Smith, Esq.
Paxton & Smith, P.A.
1615 Forum Place, Suite 500
West Palm Beach, Florida 33401
(561) 684-2121 Telephone
(561) 684-6855 Facsimile
cws@paxsmith.com

Matthew E. Haynes, Esq.
Chamblee Johnson & Haynes PA
1615 Forum Place, Suite 500
West Palm Beach, Florida 33401
(561) 682-1100 Telephone
(561) 682-1148 Facsimile
matthaynes@cjh-law.com